

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00818-CV

Randal **WILLIAMS**,
Appellant

v.

Mohammad **SARABI**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2020CV02723
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of appeal are taxed against Appellant Randal Williams.

SIGNED February 26, 2025.

_____
Adrian A. Spears II, Justice